**Kenneth J. ARENSON, Plaintiff–Appellant,**

v.

**SOUTHERN UNIVERSITY LAW CENTER, et al., Defendants–Appellees.**

No. 93–3544.

United States Court of Appeals, Fifth Circuit.

May 11, 1995.

Clarification *GRANTED;* case *REMANDED.*

Harland M. Britz, Toledo, OH, for appellant.

Richard P. Ieyoub, Atty. Gen., Baton Rouge, LA, Sandra A. Vuinovich, Normand F. Pizza, Sp. Asst. Atty. Gen., Brook, Morial, Cassibry, Pizza & Adcock, New Orleans, LA, for appellees.

ON PETITION FOR REHEARING

(Opinion January 26, 1995,
5th Cir., 43 F.3d 194)

Before JONES, HIGGINBOTHAM and BARKSDALE, Circuit Judges.

PER CURIAM:

Appellant Kenneth J. Arenson petitions this Court on rehearing for a clear ruling on his claim to attorney's fees, interest on his judgment, and relief based on his Title VII claim. For purposes of clarification, we confirm that Arenson is entitled to attorney's fees as a prevailing party at trial and on appeal and to interest. We remand to the district court for determination of a reasonable fee and appropriate interest. However, Appellant's request for Title VII relief is denied because Arenson waived his Title VII claim by failing to seek a ruling on that issue from the *Arenson I* panel.

Except as specifically granted above, Appellant's Petition for Rehearing is *DENIED.* This case is *REMANDED* to the district court for determination of a reasonable attorney's fee and appropriate interest.